1  CHARLES D. MAY, ESQ.; STATE BAR NO.: 129663
2  GENE B. SHARAGA, ESQ.; STATE BAR NO.: 131661
   BRIAN J. KIM, ESQ.; STATE BAR NO.: 282538
3  **THARPE & HOWELL, LLP**
   15250 Ventura Blvd., Ninth Floor
4  Sherman Oaks, California  91403
   (818) 205-9955; (818) 205-9944 fax
5  E-Mail:  cmay@tharpe-howell.com
   E-Mail:  gsharaga@tharpe-howell.com
6  E-Mail:  bkim@tharpe-howell.com            **CASE CLOSED**

7  Attorneys for Defendant,
       LOWE'S HOME CENTERS, LLC,
8      erroneously sued and served as LOWE'S COMPANIES, INC.

9
                  UNITED STATES DISTRICT COURT
10
            CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION
11

| | |
|---|---|
| 12  CHRISTA NAKAMURA, | CASE NO.: 2:14-CV-9574- ODW(ASX) |
| 13           Plaintiff, | (Los Angeles County Superior Court Case No.: BC546827) |
| 14  v. | **JUDGMENT** |
| 15  LOWE'S COMPANIES, INC. and DOES 1 TO 100, | **Judge Otis D. Wright, II** |
| 16 | **U.S. District Court Judge** |
| 17           Defendant. | Complaint Filed:  May 27, 2014 |
| 18 | Trial Date:        October 6, 2015 |

19

20      On June 10, 2015, Defendant filed a Motion for Summary Judgment.  After
21 the parties' full and complete submission of their respective positions, the hearing on
22 the Motion, scheduled for July 20, 2015 at 1:30 p.m., was vacated and taken off
23 calendar by the Court, and the matter was taken under submission, and was decided
24 upon without oral argument.

25 ///
26 ///
27 ///
28

- 1 -
**[PROPOSED] JUDGMENT**

Nakamura v. Lowe's
Case No.: 2:14-CV-9574 ODW (ASx)

After fully reviewing and considering the papers and evidence submitted by the parties, the pleadings and documents on file in this matter, and the issues having been duly heard, and good cause having been shown, the Court finds, for the reasons discussed in the Court's Order Granting Defendant's Motion for Summary Judgment (attached hereto as **Exhibit "A"**), there is no triable issue of material fact related to the causes of action brought by Plaintiff CHRISTA NAKAMURA against Defendant LOWE'S HOME CENTERS, LLC.  THEREFORE,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff CHRISTA NAKAMURA takes nothing, that the action be dismissed, with prejudice, on the merits and that Defendant LOWE'S HOME CENTERS, LLC recover its costs.

Dated:  _August 21, 2015        _____

                                         Hon. Otis D. Wright, II
                                         U.S. District Judge

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221